# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ALVIN D. MOANING ,

      Plaintiff,                    :          Case No. 3:11-cv-261

                                    District Judge Timothy S. Black
   -vs-                                Magistrate Judge Michael R. Merz
                                  :

OFFICER DAN ZWIESLER, et al.,

      Defendants.

## ORDER

On Agreed Motion (Doc. No. 23) and for good cause shown, pursuant to Fed. R. Civ. P. 41, Counts Two and Three of the Amended Complaint as to Defendant Dustin Payne and Count One of the Amended Complaint as to Defendant Payne in his official capacity are hereby dismissed without prejudice.

This Order renders moot Defendant Payne's Motion to Dismiss (Doc. No. 20).

February 15, 2012.

                                                       s/ **Michael R. Merz**
                                                 United States Magistrate Judge